JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWIFT LABORATORY, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MALIBU LABS, an unknown business entity; and DOES 1 through 20,<br><br>　　　　Defendants. | Case No. 5:24−cv−01813 SSS (SKx)<br><br>Assigned to: Judge Sunshine Suzanne Sykes<br><br>**JUDGMENT**<br><br>[Fed. R. Civ. Proc. 55(b)(2)] |

After full consideration of the pleadings and papers on file in this case and the evidence on record, and GOOD CAUSE APPEARING THEREFORE:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that**:**

Plaintiff Swift Laboratory, a California Limited Liability Company, shall recover from Defendant Malibu Labs, an unknown business entity, the principal amount of $78,450.00, attorneys' fees of $27,919.75, and costs of $2,380.85, plus post-judgment interest as provided by law from the date of entry of judgment herein until the date the judgment is paid in full.

DATED: June 16, 2025

_____
HONORABLE SUNSHINE S. SYKES
United States District Judge